UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEROTEK INC.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST ELECTRICAL SERVICES INC.,<br>　　　　　Defendant. | CASE NO. 2:25-mc-00056-TL<br><br>ORDER GRANTING AMENDED APPLICATION FOR WRIT OF GARNISHMENT |

Upon consideration of Plaintiff Aerotek, Inc's Amended Application for Writ of Garnishment (Dkt. No. 4) and the relevant record, and for good cause shown, it is hereby ORDERED that Plaintiff's Amended Application for Writ of Garnishment is GRANTED.

//

//

//

//

//

ORDER GRANTING AMENDED APPLICATION FOR WRIT OF GARNISHMENT – 1

It is further ORDERED that the Clerk of Court issue a Writ of Garnishment directed to Garnishee Coastal Community Bank and deliver said writ to counsel for the judgment creditor.

IT IS SO ORDERED.

Dated this 13th day of March, 2026.

Tana Lin
United States District Judge

ORDER GRANTING AMENDED APPLICATION FOR WRIT OF GARNISHMENT – 2